IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRANCE M. GORE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:15-CV-0272-K |
| | § | |
| TENE CALLAHAN, Judge 302nd Judicial District Court, | § § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. On February 28, 2015, the Petitioner filed a Motion for Reconsideration and Additional Pleadings, which the Court construes as objections to the findings, conclusions and recommendations.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made. Petitioner's objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Petitioner's application for habeas relief filed under 28 U.S.C. § 2254, construed as a petition for relief under 28 U.S.C. § 2241, and is dismissed for lack of subject matter jurisdiction.

SO ORDERED.

Signed March 4th, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE