IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRENCE M. GORE, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:15-CV-0272-K |
| ) | |
| TENA CALLAHAN , ) | |
| Judge, 302nd Judicial District Court, ) | |
|     Respondent. ) | |

## FINAL JUDGMENT

This action having been duly considered and a decision duly rendered, pursuant to Federal Rule of Civil Procedure 58,

It is **ORDERED, ADJUDGED and DECREED** that:

1. The petition for habeas corpus relief under 28 U.S.C. § 2241(c)(3) is **DISMISSED** for lack of subject matter jurisdiction. To the extent that the Court has jurisdiction, the petition is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

SO ORDERED.

Signed July 9th, 2015.

                                                                                        *Ed Kinkeade*
                                                                                       ED KINKEADE
                                                                                       UNITED STATES DISTRICT JUDGE