**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **TERRENCE M. GORE,** )  | |
|       Petitioner, ) | |
| vs. ) | No. 3:15-CV-0272-K (BH) |
| ) | |
| **TENE CALLAHAN,** ) | |
| **Judge, 302nd Judicial District Court,** ) | |
|       Respondent. ) | |

**RECOMMENDATION REGARDING IN FORMA PAUPERIS and**
**CERTIFICATE OF APPEALABILITY**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* on appeal are automatically referred. Before the Court are the petitioner's *Application to Proceed In District Court Without Prepaying Fees or Costs (Short Form)* (doc. 31), *Motion For Issuance of Certificate of Appealability* (doc. 32), and *Amended Motion For Issuance of Certificate of Appealability* (doc. 33), all filed on August 16, 2015. The petitioner has requested an extension of time to file a notice of appeal of the final judgment in his habeas corpus proceeding under 28 U.S.C. § 2254. Pursuant to Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), it is recommended that

    **IFP STATUS**:
    (**X**)    The petitioner should be **DENIED** *in forma pauperis* status on appeal.

**REASONS FOR DENIAL**: The petitioner is not a pauper because his application shows that he has received a workers compensation award of $29,000 and has $7,000 in a checking or savings account. (doc. 31 at 1-2.) The Court should also certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith for the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **July 7, 2015** (doc. 22), which were adopted by order dated **July 9, 2015** (doc. 25).

    **COA:**
    (**X**)    The petitioner should be **DENIED** a Certificate of Appealability.

**REASONS FOR DENIAL:** The Court previously denied the petitioner a Certificate of Appealability by order dated **July 9, 2015** (doc. 25), for the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **July 7, 2015** (doc. 22). For those same reasons, the petitioner has failed to make a substantial showing of the denial of a constitutional right. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003)*; Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

**DATED this 25th day of August, 2015.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE