IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRENCE M. GORE, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:15-CV-0272-K (BH) |
| ) | |
| TENE CALLAHAN, ) | |
| Judge, 302nd Judicial District Court, ) | |
|     Respondent. ) | |

**ORDER OF THE COURT ON RECOMMENDATIONS
REGARDING IFP AND CERTIFICATE OF APPEALABILITY**

    Considering the record in this case and the recommendation of the Magistrate Judge, and pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253 (c), the Court hereby finds and orders:

<u>IFP  STATUS</u>:

(**X**)    The petitioner is **DENIED** *in forma pauperis* status on appeal.  He is not a pauper because his in-forma-pauperis application shows that he has received a workers compensation award of $29,000 and has $7,000 in a checking or savings account.  (doc. 31, at 1-2.)  The Court also certifies, pursuant to Fed. R. App. P. 24(a) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith for the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **July 7, 2015** (doc. 22), which were adopted by order dated **July 9, 2015** (doc. 25).  Based on those findings, this Court finds that the appeal does not present legal points of arguable merit and is therefore frivolous.  *See Harkins v. Roberts*, 935 F. Supp. 871, 873 (S.D. Miss. 1996) (citing *Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983)).

<u>COA</u>:

(**X**)    The petitioner is **DENIED** a Certificate of Appealability.  The Court previously denied the petitioner a Certificate of Appealability by order dated **July 9, 2015** (doc. 25), for the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **July7, 2015** (doc. 22).  The Court again adopts and incorporates by reference those Findings, Conclusions and Recommendation in support of its finding that the petitioner has failed to make a substantial showing

of the denial of a constitutional right and has failed to show that reasonable jurists would find it debatable whether the Court was correct in its findings. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**Signed on August 25th, 2015**

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**