## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 15, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 15-10783   Terrence Gore v. Tene Callahan, et al
                           USDC No. 3:15-CV-272

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc w/encl:
    Mr. Terrence M. Gore
    Ms. Jessica Michelle Manojlovich

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-10783

TERRENCE M. GORE,

    Petitioner - Appellant

v.

TENE CALLAHAN, Judge, 302nd Judicial District Court, Dallas County, Texas,

    Respondent - Appellee

Certified as a true copy and issued as the mandate on Sep 15, 2017

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 15, 2017, for want of prosecution. The appellant failed to timely comply with the Certificate of Appealability (COA) requirements.

                            LYLE W. CAYCE
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                            *Dantrell Johnson*

                            By: _____
                            Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT