# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 22, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-10783    Terrence Gore v. Tene Callahan, et al
                      USDC No. 3:15-CV-272

The court erroneously dismissed the appeal on September 15, 2017. The appeal is reinstated this date.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Peter A. Conners, Deputy Clerk
                504-310-7685

Mr. Terrence M. Gore
Ms. Jessica Michelle Manojlovich
Ms. Karen S. Mitchell