# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-10783

TERRENCE M. GORE,

        Petitioner-Appellant

v.

TENE CALLAHAN, Judge, 302nd Judicial District Court, Dallas County, Texas,

        Respondent-Appellee

Appeal from the United States District Court for the
Northern District of Texas

O R D E R:

    Terrence M. Gore, a pro se litigant, seeks a certificate of appealability (COA) to challenge the district court's denial of his habeas corpus petition, which challenged a combined child support enforcement and contempt order issued by a Texas court that held him in civil contempt and ordered him to pay child support arrearages, attorney's fees, and a $250 fine and that he be confined in the county jail if he failed to fulfill his financial obligations. Gore argues that his right to due process was violated because the enforcement and contempt order violates Texas state law and is based on a void temporary support order. He also asserts without elaboration that he is entitled to habeas relief based on actual innocence, a miscarriage of justice, the loss of his passport, and adverse credit reporting.

No. 15-10783

To obtain a COA, Gore must make a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).  When the district court has denied the claims on the merits, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" or that "the issues presented were adequate to deserve encouragement to proceed further."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal quotation marks and citation omitted).

Because Gore has not made the requisite showing, his motion for a COA is DENIED.  His motion to proceed in forma pauperis on appeal also is DENIED.

Signed:  5-30-2018



_____/s/ Catharina Haynes_____
CATHARINA HAYNES
UNITED STATES CIRCUIT JUDGE

**Certified as a true copy and issued as the mandate on May 31, 2018**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 31, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 15-10783   Terrence Gore v. Tene Callahan, et al
                          USDC No. 3:15-CV-272

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  By: _____
                                  Melissa V. Mattingly, Deputy Clerk
                                  504-310-7719

cc w/encl:
    Mr. Terrence M. Gore
    Ms. Jessica Michelle Manojlovich